1200/22-7833.SYC/db

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DION CRITTLE, SR., *ET AL.*, <br>     PLAINTIFFS, <br> v. <br> TOWN OF DALEVILLE, *ET AL.*, <br>     DEFENDANTS. | CAUSE NO. 1:21-CV-2886-JRS-TAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Salem Township, Salem Township Advisory Board, Salem Township Trustee, Charles Bradley Real, Michael Waitman and Amy Pope.

Date: February 3, 2023

/s/ Emily Curosh
*Attorney's Signature*

Emily Curosh (#35194-45)
*Printed name and bar number*

Knight, Hoppe, Kurnik & Knight, Ltd.
233 East 84th Drive, Suite 301
Merrillville, IN 46410
*Address*

Ecurosh@khkklaw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Nicolette Ward
  nward@rblaw.net

- Kyle A. Jones
  kjones@ncs-law.com

- Paul Thomas Belch
  pbelch@travelers.com

- Elizabeth A. Knight
  Eknight@khkklaw.com

- Joseph W. Smith
  Jsmith@khkklaw.com

- Katlyn M. Christman
  Kchristman@khkklaw.com

  Emily Curosh
  Ecurosh@khkklaw.com

**MANUAL NOTICE:**
**None.**

/s/ Emily Curosh

23-02-03 App EC 7833