# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DION CRITTLE, SR. and TANESHA HUFF, as Personal Representatives of the Estate of Dion Crittle, Jr., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02886-JRS-TAB |
| The TOWN OF DALEVILLE, a municipal corporation; OFC. JOHN JETT, JR. in his individual capacity; SALEM TOWNSHIP; SALEM TOWNSHIP TRUSTEE; DALEVILLE-SALEM TOWNSHIP FIRE PROTECTION TERRITORY; CHARLES BRADLEY REAL, in his individual capacity; MICHAEL WAITMAN, in his individual capacity; AMY POPE, in her individual capacity; and DEPUTY JOSH MAXWELL, in his individual capacity. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO COMPEL NONPARTY PRODUCTION

Comes now, Plaintiffs DION CRITTLE, SR. and TANESHA HUFF, as Personal Representatives of the Estate of Dion Crittle, Jr., deceased, by Counsel, and for their Motion to Compel Nonparty Production states as follows:

1. Plaintiffs served the attached Nonparty Subpoena Duces Tecum on Axis Forensic Toxicology ("Axis") for the purpose of gathering discoverable information pertaining to the death of Dion Crittle, Jr. *See* Exhibit 1.

2. Said subpoena was served on December 28, 2022. *See* Exhibit 2.

3. On January 6th, 2023, Axis sent Plaintiffs' Counsel an email stating they required a payment of $900 to produce the subpoenaed documents. *See* Exhibit 3.[1]

4. On January 31, 2023, Plaintiffs' Counsel sent a letter following up with Axis regarding non-compliance with the subpoena. *See* Exhibit 4.

5. On February 3, 2023, Axis sent Plaintiffs' Counsel an email response to their January 31, 2023, letter, directing them to the original response from January 6, 2023. *See* Exhibit 5.

6. On February 6, 2023, Plaintiffs' Counsel sent a response letter via email informing Axis that they would pay any fees approved by the Court, but did not feel $900 was a reasonable or appropriate amount and would be asking for Court intervention if Axis still would not comply with the subpoena. *See* Exhibit 6.

7. Specifically, Axis stated that compiling the documents would require a toxicologist to compile them as it "takes time and research to pull them together." *See* Exhibit 7.

8. Axis responded to this letter and did not state they would be producing the documents, which resulted in a February 7, 2023, letter asking Axis to please confirm in writing that they will not be producing the documents. *See* Exhibit 7.

9. On February 7, 2023, Plaintiffs' Counsel received a response from Axis again directing them that payment is required before the document production packet could be created and sent. *See* Exhibit 8.

10. To be clear, Counsel is not requesting an Axis toxicologist or other employee to provide specialized knowledge or to create documents not in existence; Plaintiffs'

---

[1] Counsel inadvertently overlooked this first email communication upon sending the January 31, 2023 letter. *See* Ex. 4.

Counsel is simply requesting documents that are kept in the course of ordinary business. Further, Counsel has offered to reimburse Axis for its reasonable costs.

11. Axis was performing a state function in this case, namely providing toxicology services to Delaware County.

12. On February 8, 2023, Plaintiffs' Counsel informed Axis that they would be seeking Court intervention for compliance with the subpoena. *See* Exhibit 9.

13. As of this filing, Axis Forensic Toxicology has not responded.

14. Lastly, opposing counsel has been informed of this ongoing situation and no party has expressed a position on the foregoing Motion.

**WHEREFORE,** the Plaintiffs request that this Court order Axis Forensic Toxicology to respond to the Nonparty Subpoena Duces Tecum by providing the requested documents served by Plaintiffs within 30 days.

Respectfully submitted,

s/ *Gabrielle Olshemski*
Gabrielle Olshemski
SAEED & LITTLE, LLP
#189-133 West Market Street
Indianapolis, IN 46204
(317) 721-9214
gaby@sllawfirm.com
jon@sllawfirm.com
annie@sllawfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Southern District of Indiana via their Electronic Filing System, to all parties of record. I further certify a copy of the foregoing was served via Certified Mail on February 13, 2023 to:

Axis Toxicology
5780 W. 71st Street
Indianapolis, IN 46278

                                                  s/ *Gabrielle Olshemski*
                                                  Gabrielle Olshemski