

**EXHIBIT 3**

Gaby Olshemski <gaby@sllawfirm.com>

## Quote for Tier 3 Litigation Packet - Axis case 3183839

**Litigation** <litigation@axisfortox.com>  Fri, Jan 6, 2023 at 1:25 PM
To: Gaby Olshemski <gaby@sllawfirm.com>, Litigation <litigation@axisfortox.com>

Good afternoon, Ms. Olshemski,

I received the subpoena for documents related to Axis case 3183839 Dion Crittle. I have attached the Axis fee schedule which outlines the litigation packets we can create. Based on the list in Exhibit A of the subpoena, our toxicologist has given a quote for creating a Tier 3 litigation packet. This cost is $900 and, per Axis policy, is due before the packet can be created and sent. Please contact me if you have any questions. Payment options are listed below.

3 convenient ways to pay your Axis Invoice:

1. credit card online at our website: www.axisfortox.com

Top black bar – "PAYMENTS" button

click the grey QUICK PAY > button

Enter $900.00

"Account Number" enter (Saeed & Little, LLP)

"Invoice Number" enter (case 3183839)

OR

2. Mail a check to: Po Box 681513, Indianapolis, IN 46268

OR

3. Call me at 317-715-0486


Thank you,

Christina

Christina Finley
Litigation Coordinator
Business Administrator
Axis Forensic Toxicology
P 317.715.0486 DIRECT
P 317.759.4TOX

**2 attachments**

📄 **3183839 Crittle Exhibit A -Subpoena for records.pdf**
   38K

📄 **LIT.FEE.SCHED.pdf**
   287K

## EXHIBIT A

1. List of all cases Kevin Shanks has testified on
2. Copy of Kevin Shanks' Curriculum Vitae
3. Any specimens that have not been disposed of for laboratory case number 318389
4. All Chain of Command documents for laboratory case number 318389
5. List of all Analysts, Employees, and/or Chemists who participated in laboratory case number 318389
6. All Batch Reports for laboratory case number 318389
7. All communications related to laboratory case number 318389
8. All communications referencing Dion Crittle or laboratory case number 318389
9. All communications with the State of Indiana related to laboratory case number 318389
10. All communications with Jolene Clouse, MD related to laboratory case number 318389
11. All communications with the Delaware County Coroner related to laboratory case number 318389



# FEE SCHEDULE FOR LITIGATION SUPPORT

Please direct questions to the Axis Forensic Toxicology Litigation Support Administrator at litigation@axisfortox.com or via phone at 317-759-4TOX.

*Axis accepts check, credit card or ACH payment. Payments may be made on our website or mailed to:*
   *Axis Forensic Toxicology*
   *Attn: Litigation Support*
   *P.O. Box 681513*
   *Indianapolis, IN 46268-7513*

## ITEM 1: FEE SCHEDULE FOR LITIGATION DOCUMENT REQUESTS
Axis Forensic Toxicology requires a subpoena or letter of authorization requesting the tier packet which includes the Axis case number, physical address to send certified documents, and payment in full in order to release the documents.

The requisition form and final report are provided free of charge. Tier packets 2-4 are billed in hourly increments at an hourly rate of $300. Based on the specifics of the case, we will quote you a price for the requested documents.

### TIER 1 - ANALYST LIST FEE: $100
**Services Included**
- A list of all analysts who performed each task for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.

### TIER 2 - LITIGATION PACKET FEE: approximately 2-3 hours, maximum $1200
**Services Included**
- A list of all analysts who performed each task for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied chain-of-custody for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied raw data for each assay in which the specimen was included. This includes the raw data for the specimen of interest only.

### TIER 3 - EXTENDED LITIGATION PACKET FEE: approximately 3-4 hours, maximum $1500
**Services Included**
- A list of all analysts who performed each task for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied chain-of-custody for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied raw data for each assay in which the specimen was included. This includes the raw data for the specimen of interest only.
- Copied quality control data for each assay in which the specimen was included. Calibration data is not included unless otherwise specified by the client.

### TIER 4 - FULL LITIGATION PACKET FEE: approximately 4-6 hours, maximum $2100
**Services Included**
- A list of all analysts who performed each task for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied chain-of-custody for each assay in which the specimen was included. This includes all screening assays and confirmation assays resulting in both positive and negative results.
- Copied raw data for each assay in which the specimen was included. This includes the raw data for the specimen of interest only.
- Copied quality control data for each assay in which the specimen was included. Calibration data is not included unless otherwise specified by the client.
- Copies of all AXIS Forensic Toxicology's Standard Operating Procedures outlining the methods utilized in the extraction, screening, confirmation, and data analysis for the specimen of interest.

## ITEM 2: FEE SCHEDULE FOR AXIS TOXICOLOGIST TESTIMONY, DEPOSITION, CONSULTATION, AND EXPERT OPINION SERVICES**



# FEE SCHEDULE FOR LITIGATION SUPPORT

| SERVICE INCLUDED | FEE |
|---|---|
| Toxicologist testimony, deposition, or consultation via SKYPE, phone, or in person (per hour charge applies to all applicable travel and wait time) | $350 per hour/per person** |
| Travel expenses and all other costs and expenses | Charged at cost/per person |
| Retainer (payable at time of Engagement Agreement signing) | $1500 |
| Multi-day Engagement | $2800 per day (maximum), plus expenses/per person |
| Cancellation Fee | $250 per person, plus expenses/per person |

**Hourly fees include, but are not limited to, portal to portal, literature research, preparation time for testimony, deposition or affidavit. Expenses include, but are not limited to meals, transportation, hotel, car rental, etc.
Once the retainer fee is received, research will begin for the case. All travel-related reservations will be finalized no earlier than seven (7) business days prior to the court date. If the court date is cancelled or postponed, or personnel are no longer needed after travel arrangements are completed, the cancellation fee will be imposed along with all non-refundable expenses and time incurred.

## ITEM 3: FEE SCHEDULE FOR AXIS ANALYST FACT WITNESS

*This fee schedule is applicable only to the laboratory analyst testimony services in criminal proceedings for testing performed by Axis when an Axis analyst receives a subpoena to testify regarding the chain of custody, testing methodology, and validity of the Axis test results ("Fact Witness Fee Schedule"). This does not include any opinions or interpretation.*

*This fee schedule does not include Axis toxicologist testimony. Axis toxicology services and fees can be found under Item 2: FEE SCHEDULE FOR AXIS TOXICOLOGIST TESTIMONY, DEPOSITION, CONSULTATION, AND EXPERT OPINION SERVICES*

| SERVICE INCLUDED | FEE |
|---|---|
| Laboratory analyst deposition and/or trial testimony services (including preparation time) regarding the test procedure and results originally performed by Axis | $50 per hour/per person |
| Travel expenses and all other costs and expenses | Charged at cost/per person |