UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DION CRITTLE, SR. and TANESHA HUFF,
as Personal Representatives of the Estate of
Dion Crittle, Jr., deceased,

       Plaintiffs,                Case No: 1:21-cv-02886-JRS-TAB

    v.

The TOWN OF DALEVILLE, a municipal
corporation; OFC. JOHN JETT, JR. in his
individual capacity; SALEM TOWNSHIP;
SALEM TOWNSHIP TRUSTEE; DALEVILLE-
SALEM TOWNSHIP FIRE PROTECTION
TERRITORY; CHARLES BRADLEY REAL, in his
individual capacity; MICHAEL WAITMAN,
in his individual capacity; AMY POPE, in her
individual capacity; and DEPUTY JOSH
MAXWELL, in his individual capacity,

       Defendants.

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, FOR DEPUTY JOSH MAXWELL, ONLY

Plaintiffs, by counsel, and Defendants, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal with prejudice, of Defendant Josh Maxwell, only. The parties are responsible for their own costs and attorneys' fees.

Respectfully Submitted,                 Respectfully Submitted,

*Jonathan Little (with permission)*        *Liberty L. Roberts*
Jonathan Little - jon@sllawfirm.com      Liberty L. Roberts- LRoberts@cchalaw.com
Annemarie Alonso - annie@sllawfirm.com    Church Church Hittle + Antrim
Gabrielle Olshemski - gaby@sllawfirm.com    Two North Ninth Street
SAEED & LITTLE, LLP                     Noblesville, IN 46060
133 W. Market St. #189
Indianapolis, IN 46204                   *Attorney for Defendants Delaware County*
                                               *Sheriff's Department and Deputy Josh*
*Attorneys for Plaintiffs*                     *Maxwell*

*Joseph W. Smith (with permission)*
Joseph W. Smith- jsmith@khkklaw.com
Elizabeth A. Knight - eknight@khkklaw.com
Katlyn M. Christman - kchristman@khkklaw.com
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD
233 East 84th Drive, Suite 301
Merrillville, IN 46410

*Attorneys for Defendants Salem Township, Salem Township Trustee, Charles Bradley Real, Michael Waitman, and Amy Pope*

*Kyle A. Jones (with permission)*
Kyle A. Jones - kjones@ncs-law.com
NORRIS CHOPLIN & SCHROEDER LLP
101 West Ohio Street
Ninth Floor
Indianapolis, IN 46204
*Attorney for Defendants Town of Daleville and Ofc. John Jett, Jr.*

*Caren L. Pollack (with permission)*
Caren L. Pollack
cpollack@pollacklawpc.com
POLLACK LAW FIRM, P.C.
10333 N. Meridian St., Suite 111
Indianapolis, IN 46290

*Attorney for Defendants Daleville-Salem Township Fire Protection Territory, Charles Bradley Real, Michael Waitman, and Amy Pope*